IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LA-QUN R. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1: 18-cv-00362 (Erie) |
| ) | |
| v. ) | UNITED STATES MAGISTRATE JUDGE |
| ) | RICHARD A. LANZILLO |
| D. LEE, ET AL., ) | |
| ) | O R D E R |
| Defendants. ) | |

AND NOW, this 18th day of December, 2018;

IT IS HEREBY ORDERED that Plaintiff's MOTION TO RECEIVE COPIES OF TRANSCRIPT [ECF No. 10] is DENIED. In civil cases, the purchase of a transcript is a private transaction. IFP status does not relieve a litigant of costs associated with transcription services. *Porter v. Dep't of Treasury*, 564 F.3d 176, 180 n. 3 (3d Cir. 2009) (noting "that the granting of IPF status exempts litigants from filing fees only; it does not exempt litigants from the costs of copying and filing documents, service of documents other than the complaint, costs, expert witness fees, or sanctions"). *See also, Wyche v. Niskayuna Central Schl. Dist.*, 2018 WL 3105065 at *1, n. 1 (N.D. NY. June 22, 2018); *Tyson v. Jordan*, 2010 WL 3257849, *2 (D.S.C. July 12, 2010) (explaining that IFP status does not mean that a plaintiff's discovery, court costs, and other costs associated with litigation are waived or underwritten).

Plaintiffs may obtain a transcript at his expense by making arrangements with the Court Reporter by contacting:

Court Reporter
United States District Court for the
Western District of Pennsylvania
17 South Park Row
Erie, PA. 16501

SO ORDERED.

/s/ Richard A. Lanzillo
RICHARD A. LANZILLO
United States Magistrate Judge